IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KARIAH BUCKMIRE and ZACHARY LANGLEY,<br><br>   Plaintiffs,<br><br>v.<br><br>BILLY JOE DOLLISON and ENERGY TRANSPORTATION SOLUTIONS, INC.,<br><br>   Defendants. | Case No. 24-CV-02215-SPM |

# MEMORANDUM & ORDER

**McGLYNN, District Judge:**

This matter comes before the Court for consideration of a Motion to Compel filed by Defendants Billy Joe Dollison and Energy Transportation Solutions, Inc. (Doc. 58). On October 27, 2025, the Court held a Motions Hearing on this matter. For the reasons described at that hearing, the Defendants' Motion is **GRANTED**.

1. The Plaintiff, Kariah Buckmire, is ordered to appear for an independent medical examination with Dr. Stephen J. Johans at a mutually agreed upon date and time within thirty (30) days from the entry of this Order.

2. The place of the examination shall be located at Neurosurgery of St. Louis, 12855 North Forty Dr., North Tower, Suite 125, St. Louis, Missouri 63141.

3. The exam shall last no longer than one (1) hour.

4. This physical examination will comprise of obtaining clinic history, requesting Plaintiff to exhibit her range of motion in her neck and back, a motor exam to reveal weakness in extremities, an analysis of sensations, and a physical examination of her lumbar and cervical spine.

5. Should Dr. Johans request certain forms, demographics, or questionnaires be filled out by Kariah Buckmire, said forms shall be furnished to Plaintiff's counsel before the defense examination.

6. Dr. Johans will not attempt to perform medical treatment on Plaintiff including the taking of diagnostic films.

7. *Request by the Party or Person Examined.* The party who moved for the examination must, on request, deliver to the requester a copy of the examiner's report, together with like reports of all earlier examinations of the same condition. The request may be made by the party against whom the examination order was issued or by the person examined.

8. *Contents.* The examiner's report must be in writing and must set out in detail the examiner's findings, including diagnoses, conclusions, and the results of any tests.

9. *Request by the Moving Party.* After delivering the reports, the party who moved for the examination may request—and is entitled to receive—from the party against whom the examination order was issued like reports of all earlier or later examinations of the same condition. But those reports

need not be delivered by the party with custody or control of the person examined if the party shows that it could not obtain them.

**IT IS SO ORDERED.**

**DATED: October 28, 2025**

                                                s/ *Stephen P. McGlynn*
                                                **STEPHEN P. McGLYNN**
                                                **U.S. District Judge**